# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| CV-00526-JPG-PMF | UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS | , | 574222 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| DEBORAH PERKINSON | ILLINOIS STATE POLICE, MASTER SARGENT JOSEPH BELIVEAU, in his official capacities, JOHN SCHUSTER, in his individual and official capacities, and other unknown Illinois police |

| Received by: | For: |
|---|---|
| Pro Serve | ROBERT BAS LAW OFFICE, PC |

| To be served upon: |
|---|
| OTHER UNKNOWN ILLINOIS STATE POLICE OFFICERS |

I, Dawn Voss, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** OTHER UNKNOWN ILLINOIS STATE POLICE OFFICERS, Company: 1100 EASTPORT PLAZA DRIVE, COLLINSVILLE, IL 62234

**Manner of Service:** Authorized, Jun 5, 2015, 2:56 pm CDT

**Documents:** SUMMONS IN A CIVIL ACTION

**Additional Comments:**
Received by Officer Brad Wilken, #5710, accepted service for OTHER UNKNOWN ILLINOIS STATE POLICE OFFICERS at Company: 1100 EASTPORT PLAZA DRIVE, COLLINSVILLE, IL 62234

_____  6/5/2015
Dawn Voss                  Date

TIM MOORE
Notary Public - Notary Seal
State of Missouri, St Louis County
Commission # 15143150
My Commission Expires Feb 13, 2019

TM 6/5/15

Pro Serve
6614 Clayton Rd 311
St. Louis, Mo 63117
618-979-2868