IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEBORAH PERKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-00526-JPG-PMF |
| | ) | |
| ILLINOIS STATE POLICE,  et al., | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT FOR U.S. BANK, N.A.

Pursuant to the provisions of Rule 7.1 of the Federal Rules of Civil Procedure, Defendant

U.S. Bank, N.A. discloses the following corporate interests:

1.      All Parent Companies:

U.S. Bancorp.

2.      Subsidiaries or Affiliates Not Wholly Owned by the Corporation:

None.

3.      Any Publicly Held Companies Owning 10% or More of the Corporation:

U.S. Bancorp.

Respectfully Submitted,

THOMPSON COBURN LLP

By:  /s/    Matthew J. Landwehr
        Matthew J. Landwehr, #6280426
        Shaun C. Broeker, #6315231
        One US Bank Plaza
        St. Louis, MO 63101
        (314) 552-6000
        (314) 552-7000 (fax)
        mlandwehr@thompsoncoburn.com
        sbroeker@thompsoncoburn.com

*Attorneys for Defendant U.S. Bank N.A.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.


/s/ Matthew J. Landwehr